UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2006-230

HAROLD KELLS                                               PLAINTIFF

VS.                         <u>Judgment</u>

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                            DEFENDANT

Pursuant to the Memorandum Opinion and Order entered concurrently herewith, and the court being advised,

**IT IS ORDERED AND ADJUDGED** that summary judgment is granted to the defendant, and that this action be, and it is, hereby **dismissed**, with prejudice, and **stricken** from the docket of this court.

This 25th day of October, 2007.



Signed By:
<u>William O. Bertelsman</u>   WOB
United States District Judge